# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2389

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Eulogio Martinez-Arrellano, also | * | |
| known as Angel Arteaga, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: March 4, 2004

Filed: March 11, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Eulogio Martinez-Arrellano pleaded guilty to conspiring to distribute and possess with intent to distribute in excess of 500 grams of a mixture containing methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] assessed a 2-level role enhancement and sentenced Mr. Martinez-Arrellano to 168 months imprisonment and 5 years supervised release.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

On appeal, Mr. Martinez-Arrellano contests the role enhancement and argues that his sentence should be vacated because of misconduct by his public defender. After careful review of the record, we conclude that the district court did not clearly err in determining Mr. Martinez-Arrellano's role in the offense warranted a 2-level enhancement. See U.S.S.G. § 3B1.1(c) (2-level increase if defendant was organizer, leader, manager, or supervisor in any criminal activity); United States v. Johnson, 47 F.3d 272, 277 (8th Cir. 1995) (standard of review). We also conclude that Mr. Martinez-Arrellano's claim regarding misconduct by his public defender is not properly before us. See United States v. Hughes, 330 F.3d 1068, 1069 (8th Cir. 2003).

Accordingly, we affirm.

_____